UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re: )
   JOHN R. SANER )     Case No. 11-15626 JDL
      DEBTOR. )
)

**AMENDED**
**APPLICATION FOR COMPENSATION, NOTICE OF OPPORTUNTY FOR**
**HEARING AND NOTICE OF HEARING**

**COMES NOW** Roland V. Combs, III, of The Law Firm of Roland V. Combs, III and Associates, PLC, Counsel for the Debtor, John R. Saner, and files an Application for Compensation and Notice of Opportunity for Hearing pursuant to Chapter 13 Guidelines and 11 U.S.C. Section 330. Counsel states as follows:

1. Debtor filed for relief under the provisions of Chapter 13 Bankruptcy on October 14, 2011.

2. On September 29, 2015, the Court entered an Order Confirming Plan.

3. Counsel seeks approval of Attorney compensation for services rendered to Debtor from October 14, 2011 through October 13, 2015 in the amount of $16,750.00 (see Exhibit "A").

**WHEREFORE** premises considered, Counsel prays that this Court grant Attorney Compensation in the amount of $16,750.00 as claimed and other relief the Court deems equitable and necessary.

1

Respectfully submitted,

/s/ Roland V. Combs, III
Roland V. Combs, III OBA # 11073
The Law Firm of Roland V. Combs, III
& Associates, PLC
4401 NW 4th Street, Suite 121
P.O. Box 60647
Oklahoma City, OK  73107
Tele. No. (405) 942-7866
Fax No. (405) 942-7845
Email: roland.combs@rolandvcombs.com
**ATTORNEY FOR JOHN R. SANER**

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than twenty-one (21) days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or the objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

## NOTICE OF HEARING
### (TO BE HELD ONLY IF A RESPONSE IS FILED)

NOTICE IS HEREBY GIVEN THAT THE APPLICATION FOR COMPENSATION HAS BEEN SET FOR HEARING IN THE ABOVE STYLED CASE FOR THE 10TH DAY NOVEMBER, 2015 AT 2:00 P.M. BEFORE THE HONORAABLE JANICE LOYD, SECOND FLOOR COURTROOM, AT THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, LOCATED AT 215 DEAN A. MCGEE AVENUE, Oklahoma City OKLAHOMA 73102.

### CERTIFICATE OF SERVICE

This is to certify that on the 16th day of October, 2015, a true and correct copy of the above foregoing Application for Compensation and Notice of Opportunity for Hearing was electronically served using the CM/ECF System to:

Office of the US Trustee

John T. Hardeman, Chapter 13 Trustee

Further, I certify that on October 16, 2015, a true and correct copy of the Application for Compensation and Notice of Opportunity for Hearing was mailed via U.S. Mail, first class, postage prepaid to the following:

John R. Saner
1709 Magnolia Lane
Edmond, Oklahoma 73013


See Attached Matrix

/s/ Roland V. Combs, III

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHN SANER )
) Case No.11-15626
Defendant. )

### ATTORNEY HOURS FROM OCTOBER, 2011- October, 2015

| DATE | TASK | ATTY | HOURS SPENT |
|---|---|---|---|
| 10/11/2011 | Meeting with Client | RVC | 2.50 |
| 10/19/2011 | Prepare and file Motion Continue Auto Stay | RVC | 2.50 |
| 10/28/2011 | Prepared and file all Schedules A-J | RVC | 2.50 |
| 10/28/2011 | File Plan | RVC | .50 |
| 11/18/2011 | Notice of Hearing Confirmation | RVC | 1.00 |
| 11/22/2011 | 341 Meeting of Creditors | RVC | 2.00 |
| 01/20/2012 | Amend Schedule C | RVC | 1.00 |
| 02/27/2012 | Amend Schedule C | RVC | 1.50 |
| 05/18/2012 | Objection to Motion/Application | RVC | 3.00 |
| 05/18/2012 | Prepare Objection to Claim | RVC | 2.50 |
| 05/21/2012 | Notice of Hearing | RVC | 1.00 |
| 09/12/2012 | Prepare and File Notice of Witness List | RVC | 1.00 |
| 09/17/2012 | Motion in Limine To Compel HSBC To Produce | RVC | 3.00 |
| 09/19/2012 | Status Report | RVC | 1.00 |
| 09/25/2012 | Court Appearance Motion in Limine | RVC | 2.00 |
| 11/07/2012 | Confirmation Hearing | RVC | 1.50 |
| 11/28/2012 | Evidentiary of Hearing | RVC | 4.00 |
| 12/14/2012 | Confirmation of Hearing | RVC | 1.50 |
| 01/08/2013 | Confirmation Hearing | RVC | 1.50 |
| 01/17/2013 | Evidentiary Hearing | RVC | 4.00 |
| 03/26/2013 | Confirmation Hearing | RVC | 1.50 |
| 04/23/2013 | Confirmation Hearing | RVC | 1.00 |
| 05/29/2013 | Confirmation Hearing | RVC | 2.00 |
| 07/18/2013 | Reply to Supplemental Brief | RVC | 1.00 |
| 7/30/2013 | Confirmation Hearing | RVC | 1.50 |
| 08/01/2013 | Evidentiary Hearing | RVC | 1.00 |
| 08/20/2013 | Confirmation Hearing | RVC | 1.00 |
| 09/24/2013 | Confirmation Hearing | RVC | 1.00 |
| 10/22/2013 | Confirmation Hearing | RVC | 1.00 |
| 11/13/2013 | Confirmation Hearing | RVC | 1.00 |
| 12/17/2013 | Confirmation Hearing | RVC | 1.00 |
| 01/28/2014 | Confirmation Hearing | RVC | 2.50 |
| 02/24/2014 | Status Conference on Issue of Standing | RVC | 1.00 |
| 02/25/2014 | Hearing on Confirmation | RVC | 1.50 |

1


EXHIBIT "A"

| 04/17/2014 | Application for Leave to File Out of Time | RVC | 1.00 |
|---|---|---|---|
| 04/18/2014 | Amended Application to File Out of Time | RVC | 1.50 |
| 04/18/2014 | Response to HSBC Order | RVC | 3.00 |
| 04/21/2014 | Court Appearance hearing on Motion to Vacate | RVC | 1.00 |
| 04/22/2014 | Confirmation Hearing reset | RVC | 1.00 |
| 07/29/2014 | Confirmation Hearing reset | RVC | 1.00 |
| 11/12/2014 | Confirmation Hearing reset | RVC | 1.00 |
| 12/23/2014 | Confirmation Hearing reset | RVC | 1.00 |
| 01/19/2015 | Prepare Resp to Mot for Adequate Protection | RVC | 3.50 |
| 01/27/2015 | Confirmation Hearing reset | RVC | 1.00 |
| 02/10/2015 | Court Appearance - Hearing including Preparation Motion by HSBC for Adequate Protection | RVC | 5.50 |
| 06/01/2015 | Prepare Order Denying Motion for Adq Protect | RVC | 1.00 |
| 08/11/2015 | Hearing Motion To Reset Confirmation Hearing | RVC | 1.50 |
| 08/11/2015 | Prepare Order Mot To Reset Hrg and upload | RVC | 1.00 |
| 09/22/2015 | Confirmation Hearing Plan Confirmed | RVC | 1.00 |
| 10/13/2015 | Prepare Motion For Compensation | RVC | 2.00 |
| Total Hours | | | 81.00 |
| Total Attorney Compensation (81 Hours 81x $250.00 hourly rate) | | | $20,250.00 |
| Less Total Allowed In Plan | | | (3,500.00) |
| Balance Due as Additional Attorney Compensation Filed Application | | | $16,750.00 |

2



ACCT MGMT RESOUCES LLC
2915 N CLASSEN BLVD
OKLAHOMA CITY OK   73106


AMERICAN COLLECTION SE
3100 SW 59TH ST
OKLAHOMA CITY OK   73119


CAPITAL ONE AUTO FINAN
3901 DALLAS PKWY
PLANO TX   75093


CAPITAL ONE BANK USA N
15000 CAPITAL ONE DR
RICHMOND VA   23238


CARLTON LOAN SERVICES INC
7382 S WALKER
OKLAHOMA CITY OK   73139


CENTRAL STATE RECOVERY
1314 N MAIN ST
HUTCHINSON KS   67501


COMMUNICATION FCU
4141 NW EXPWY ST STE 200
OKLAHOMA CITY OK   73116


CREDIT CONTROL CORP
11821 ROCK LANDING DR
NEWPORT NEWS VA   23606


CREDIT SYSTEMS INTL IN
P O BOX 1088
ARLINGTON TX   76004

DELBERT SERVICES/CONSU
RODNEY SQUARE N 1100 N M
WILMINGTON DE  18901


DIVERSIFIED CONSULTANT
P O BOX 551268
JACKSONVILLE FL  32255


ELDORADO MTR
3520 N MAY AVENUE
OKLAHOMA CITY OK  73112


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD  57104


INTERNAL REVENUE SERVICE
55 N ROBINSON
OKLAHOMA CITY OK  73106


JANA FERRELL AND ASSOC
1432 W BRITTON RD STE 2
OKLAHOMA CITY OK  73114


MED BUSI BUR
1460 RENAISSANCE DR
PARK RIDGE IL  60068


MEDICREDIT INC
PO BOX 1629
MARYLAND HEIGHTS MO  63043


MERRICK BANK
PO BOX 9201
OLD BETHPAGE NY  11804